IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
LESLIE PAUL HOWARTH,            :
          Plaintiff             :
     v.                         : Civil Action No. 05-09J
FIRST NATIONAL BANK OF          :
PENNSYLVANIA,                   :
          Defendant             :
```

JUDGMENT ORDER

AND NOW, this 21st day of November, 2005, IT IS HEREBY ORDERED that judgment is entered in favor of defendant, First National Bank of Pennsylvania, and against plaintiff, Leslie Paul Howarth.

BY THE COURT:

s/Gary L. Lancaster
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

cc:  Leslie Paul Howarth, Ph.D.
     211 Bentwood Avenue
     Johnstown, PA 15904-1333

     Jaime S. Tuite, Esquire
     One Oxford Center, 20th Floor
     301 Grant Street
     Pittsburgh, PA 15219